

**Justin R. Marino**, Principal      o: (212) 939-7228     f: (212) 531-6129
a: 105 Maxess Road, Suite 124, Melville, NY 11747     e: jmarino@stevensonmarino.com

March 8, 2023

VIA ECF

Honorable Lorna Schofield
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

Re:   Joyce Carrico v. Hella Bitter, LLC
       23-cv-00925 (LGS)

> Application **GRANTED.**  Defendant shall answer, move or otherwise respond to the Complaint by **April 6, 2023**.  The parties are apprised that the date of the initial conference and the deadline to submit the joint letter and proposed case management plan remain the same.  So Ordered.
>
> Dated: March 9, 2023
>        New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Dear District Judge Schofield:

This office represents Defendant Hella Bitter, LLC (the "Defendant") in connection with the above-referenced matter. We write to request a 30-day extension of Defendant's time to answer, move or otherwise respond to the Complaint (hereinafter, "Responsive Pleading"). Defendant is unaware of service being properly effectuated, but, according to the docket No. 7, Plaintiff claims service was effectuated and the responsive pleading was due on March 7, 2023. In any event, if the Court grants this motion, Defendant will file a Responsive Pleading on or before April 6, 2023.

Defendant seeks the foregoing extension because we were recently retained and require additional time to investigate the substance of the allegations. Defendant's counsel consents to this request. This is the first request for the relief herein.

Very truly yours,

**/s/ Justin R. Marino**

Justin R. Marino

cc:  Plaintiff's Counsel Of Record (Via ECF)